ATHE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCARIA MICHAEL and wife THRESIAKUTTY MICHAEL, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-CV-340 |
| ASI LLOYDS, | § § § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant ASI Lloyds, hereby removes the action styled and numbered *Scaria Michael and wife Thresiakutty Michael vs. ASI Lloyds*, Cause No. DC-16-00538, pending in the 134th Judicial District Court in Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division. For the reasons set forth below, removal of the state court action is proper under 28 U.S.C. §§ 1332, 1441, and 1446.

### I.   INTRODUCTION

1. Plaintiffs are Scaria Michael and his wife Thresiakutty Michael (collectively the "Michaels"). Defendant is ASI Lloyds ("ASI").

2. On January 15, 2016, the Michaels filed suit against ASI for alleged damages in the 134th Judicial District Court in Dallas County, Texas – Cause No. DC-16-00538.

3. ASI was served with the petition and citation on January 22, 2016. Accordingly, ASI files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district.

## II.     BASIS FOR REMOVAL JURISDICTION

5.      Removal of this action is proper under 28 U.S.C. § 1441 because it is a civil action brought in a state court and the federal courts have original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332. Specifically, removal is proper because there is now, and was at the time this action was filed, complete diversity of citizenship between the Michaels and ASI and the amount in controversy exceeds $75,000 excluding interest, costs, and attorney's fees.

### A.     PARTIES

6.      The Michaels are both Texas residents who reside in Dallas County, Texas. They are both citizens of the State of Texas.

7.      ASI was at the time this lawsuit was filed, and at the date of this Notice remains, an association of underwriters. The individual underwriters are as follows: Tanya J. Fjare, Trevor C. Hillier, Kevin R. Milkey, John F. Auer, Jr., Edwin L. Cortez, Mary F. Fournet, Philip L. Brubaker, Pat McCrink, Jeff Hannon, and Angel Bostick. Each of these underwriters is a citizen of the State of Florida. The United States Supreme Court has held that an "unincorporated association's citizenship is determined by the citizenship of each of its partners."[1] Therefore, ASI is not a citizen of the State of Texas.

8.      Accordingly, there is now, and was at the time this action was filed, complete diversity of citizenship between the Michaels and ASI.

### B.     AMOUNT IN CONTROVERSY

9.      If it is facially apparent that the Michaels' claims exceed the jurisdictional

---

[1]  *See NL Industries, Inc. v. OneBeacon America Ins. Co.,* 435 F. Supp. 2d 558, 561 (N.D. Tex. 2006) (citing to *Carden v. Arkoma Assocs.,* 494 U.S. 185, 195-96 (1990)); *see also Massey v. State Farm Lloyds Ins. Co.,* 993 F. Supp. 568, 570 (S.D. Tex. 1998) (recognizing that this has been a consistent view of the United States Supreme Court for over 100 years).

amount, ASI's burden is satisfied.[2]

10. In their Original Petition, the Michaels seek monetary relief over $100,000.[3]

11. Thus, it is facially apparent that the Michaels' claims exceed the jurisdictional minimum of $75,000.01.

12. Because there is complete diversity among the parties and the amount in controversy requirement is satisfied, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a). Removal is therefore proper.

### III. CONCLUSION

13. All filings and information regarding the state court action are attached to this notice as required by 28 U.S.C. § 1446(a) and Local Rule 81.1 as follows:

- Index of Documents Being Filed, attached hereto as ***Exhibit A***
- State Court Docket Sheet, attached hereto as ***Exhibit B***
- The Michaels' Original Petition, attached hereto as ***Exhibit C***
- ASI's Original Answer, attached hereto as ***Exhibit D***
- Certificate of Interested Persons, attached hereto as ***Exhibit E***

14. ASI will promptly file a copy of this Notice of Removal with the clerk of the state court where the action is pending.

15. Therefore, ASI hereby provides notice that this action is duly removed.

---

[2] *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1999).

[3] *See* **Exhibit C**, Plaintiff's Original Petition at p.7, ¶21.

    Respectfully submitted,


By: _____*/s/ Andrew A. Howell*_____
    Todd M. Tippett
    State Bar No. 24046977
    TTippett@zelle.com
    Andrew A. Howell
    State Bar No. 24072818
    AHowell@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone:    (214) 742-3000
Facsimile:    (214) 760-8994

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Removal has been served on all the following counsel of record by electronic filing pursuant to the Federal Rules of Civil Procedure on this 8th day of February, 2016:

> Robert N. Grisham II
> State Bar No. 00792550
> robert@grishamlaw.com
> **LAW OFFICES OF ROBERT N. GRISHAM II**
> 5910 N. Central Expressway – Suite 925
> Dallas, Texas 75206
> (214) 987-0098 – phone
> (214) 987-4098 – fax
>
> **ATTORNEY FOR PLAINTIFFS**

*/s/ Andrew A. Howell*
Andrew A. Howell

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Removal has been served on all the following counsel of record by electronic filing pursuant to the Federal Rules of Civil Procedure on this 8th day of February, 2016:

Robert N. Grisham II
State Bar No. 00792550
robert@grishamlaw.com
**LAW OFFICES OF ROBERT N. GRISHAM II**
5910 N. Central Expressway – Suite 925
Dallas, Texas 75206
(214) 987-0098 – phone
(214) 987-4098 – fax

**ATTORNEY FOR PLAINTIFFS**

*/s/ Andrew A. Howell*
Andrew A. Howell