THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCARIA MICHAEL and wife THRESIAKUTTY MICHAEL, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-CV-340 |
| ASI LLOYDS, | § § | |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendant have reached a settlement in this matter. Plaintiffs and Defendant

will submit a Joint Motion to Dismiss with Prejudice within 60 days.

Respectfully submitted,


By: ___*/s/ Andrew A. Howell*___
    Todd M. Tippett
    State Bar No. 24046977
    TTippett@zelle.com
    Andrew A. Howell
    State Bar No. 24072818
    AHowell@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone:      (214) 742-3000
Facsimile:      (214) 760-8994

**ATTORNEYS FOR DEFENDANT**

    - and –


By: ___*/s/ Robert N. Grisham II*___
    Robert N. Grisham II
    Texas Bar No. 00792550
    robert@grishamlaw.com

**LAW OFFICES OF ROBERT N. GRISHAM II**
5910 N. Central Expressway – Suite 925
Dallas, Texas 75206
Telephone: (214) 987-0098
Facsimile: (214) 987-4098

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Joint Notice of Settlement

has been served on all the following counsel of record by electronic filing pursuant to the Federal

Rules of Civil Procedure on this 23rd day of September, 2016:


Robert N. Grisham II
State Bar No. 00792550
robert@grishamlaw.com
**LAW OFFICES OF ROBERT N. GRISHAM II**
5910 N. Central Expressway – Suite 925
Dallas, Texas 75206
(214) 987-0098 – phone
(214) 987-4098 – fax

**ATTORNEY FOR PLAINTIFFS**


*/s/ Andrew A. Howell*
Andrew A. Howell