THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCARIA MICHAEL and wife THRESIAKUTTY MICHAEL, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-CV-340 |
| ASI LLOYDS, | § § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs and Defendant file this Joint Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

Plaintiffs and Defendant have come to an agreement with regard to all claims made or that could have been made in this lawsuit. Therefore, Plaintiffs and Defendant do not wish to pursue this matter any further and the Court's assistance is no longer necessary.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that costs be taxed against the party incurring same.

Respectfully submitted,

By:_____*/s/ Andrew A. Howell*_____
    Todd M. Tippett
    State Bar No. 24046977
    TTippett@zelle.com
    Andrew A. Howell
    State Bar No. 24072818
    AHowell@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone:      (214) 742-3000
Facsimile:      (214) 760-8994

**ATTORNEYS FOR DEFENDANT**

    - and –

By: _____*/s/ Robert N. Grisham II*_____
    Robert N. Grisham II
    Texas Bar No. 00792550
    robert@grishamlaw.com

**LAW OFFICES OF ROBERT N. GRISHAM II**
5910 N. Central Expressway – Suite 925
Dallas, Texas 75206
Telephone: (214) 987-0098
Facsimile: (214) 987-4098

**ATTORNEY FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing Joint Motion to Dismiss with Prejudice has been served on all the following counsel of record by electronic filing pursuant to the Federal Rules of Civil Procedure on this 6th day of October, 2016:

        Robert N. Grisham II
        State Bar No. 00792550
        robert@grishamlaw.com
        **LAW OFFICES OF ROBERT N. GRISHAM II**
        5910 N. Central Expressway – Suite 925
        Dallas, Texas 75206
        (214) 987-0098 – phone
        (214) 987-4098 – fax

        **ATTORNEY FOR PLAINTIFFS**

                                    */s/ Andrew A. Howell*
                                      Andrew A. Howell