THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCARIA MICHAEL and wife THRESIAKUTTY MICHAEL, <br><br> Plaintiffs, <br><br> v. <br><br> ASI LLOYDS, <br><br> Defendant. | § § § § § § § § § § § CIVIL ACTION NO. 3:16-CV-340 |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs and Defendant move to dismiss this action with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED and that this action is dismissed with Prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this 14th day of October, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE